ACCEPTED
01-14-1004-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/15/2015 5:37:07 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-01004-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/15/2015 5:37:07 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| Kevin Leroy Campbell Appellant, | § § § | IN THE FIRST |
| v. | § § § | COURT OF APPEALS |
| M. Brandon Maggiore, Guardian Ad Litem, Appellee. | § § | HOUSTON, TEXAS |

## APPELLEE M. BRANDON MAGGIORE, GUARDIAN AD LITEM'S, NOTICE OF APPEARANCE AND CURRENT ADDRESS

Appellee, M. Brandon Maggiore, Guardian Ad Litem for Lonnie Phillips, Jr., files this notice of Current address with the clerk of the court.

Appellee M. Brandon Maggiore filed the Counter Application for Appointment of a Permanent Guardian of the Person and Estate that resulted in the final order that being appealed from the Trial Court and is the proper Appellee.

Appellee's current business address is PO BOX 102517, Denver, CO 80250.

Respectfully submitted,

M. Brandon Maggiore
State Bar No.: 24078901
Maggiore Law Firm, PLLC
PO Box 102517
Denver, CO 80250
Telephone: (713) 239.3347
Facsimile: (713) 581.1894
brandon@maggiorelawfirm.com

GUARDIAN AD LITEM FOR LONNIE PHILLIPS, JR., AN INCAPACITATED PERSON